*11*

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **SOUTHERN DISTRICT OF TEXAS** |

United States District Court
Southern District of Texas
*Entered*

JAN 2 1 1999

Michael N. Milby
Clerk of Court
B 4:

OIPASA  USA, Inc. §
§
*versus* §
§
EL- Asmar Foods Co., Inc. §

CIVIL ACTION B- 98-111

## Scheduling Order

1. Trial:  Estimated time to try: _3_ days.  ☑ Bench  ☐ Jury

2. New parties must be joined by:  April 1, 1999

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:  May 10, 1999

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:  June 7, 1999

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:  July 1, 1999

   **************************************************************************************
   ***

7. Joint pretrial order is due:  July 23, 99

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  August 5, 1999

   *The case will remain on standby until tried.*

Signed _January 21_ , 199_9_ , at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge



CASE:      1:98-cv-00126
DOCUMENT:  10
DATE:      01/22/99

CLERK:     og

ClibPDF - www.fastio.com

*10*

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HEINO BRASCH AND              *
JANE AKIN BRASCH             *
                             *     CIVIL ACTION NO. B 98 126
V.                           *           (Jury)
                             *
TOWN OF PALM VALLEY          *
TEXAS                        *

ORDER ON DEFENDANT TOWN OF PALM VALLEY'S UNOPPOSED
MOTION TO ENLARGE TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

On Defendant Town of Palm Valley's Unopposed Motion to Enlarge Time to Respond to Plaintiffs' Motion for Summary Judgment, the Court is of the opinion that the following Order should issue:

IT IS HEREBY ORDERED that Defendant's Motion be GRANTED, and that Defendant be allowed until Friday, February 12, 1999, to file a response to Plaintiffs' Motion for Summary Judgment with the Clerk of this Court.

SIGNED on this the 21 day of _____ 1999, in Brownsville, Texas.

HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

r:\brasch.tml\enlarge.doc