29

United States District Court
Southern District of Texas
FILED

JUN 25 1999

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 29 1999

Michael N. Milby, Clerk

Dipasa USA, Inc.

versus

El-Asmar Foods Co., Inc.

§
§
§
§
§
§
§
§

Civil Action B-98-111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 29 1999

Michael N. Milby, Clerk

Amended Scheduling Order

1. Motion hearing: _____, 1999, 9:00 a.m.

2. Docket call and final pretrial conference: __09-30__, 1999, 1:30 p.m.
   Proposed voir dire questions and jury instructions,
   IN DUPLICATE, are due at docket call

3. Jury selection: __10-4-__, 1999, 9:00 a.m.

Direct questions about this schedule to Letty Garza, Case Manager, United States District Clerk, Post Office Box 2299, Brownsville, Texas 78522, telephone (956) 548-2628.

Signed on __June 25th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge