United States District Court
Southern District of Texas
FILED

SEP 17 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DiPASA USA, INC., | § | |
| Plaintiff(s), | § § § | |
| v. | § | CIVIL ACTION NO. B-98-111 |
| EL-ASMAR FOODS CO., INC., | § § § | |
| Defendant(s). | § | |

## ORDER

BE IT REMEMBERED that on September 17, 1999, the Court considered SUSAN R. SULLIVAN's motion to withdraw (Dkt. No. 30).

SUSAN R. SULLIVAN's motion to withdraw (Dkt. No. 30) is DENIED.

DONE at Brownsville, Texas, this __17__ day of September 1999.

_____
Hilda G. Tagle
United States District Judge