32

United States District Court
Southern District of Texas
FILED

SEP 20 1999

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Deposo USA, Inc. §
§
versus §       CIVIL ACTION B-98-111
§
El-Aswas Foods Co., Inc. §

### Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   __09-28__, 1999

   at __2:00__ __p__.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on __September 20th__, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge