34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DiPASA USA, INC. | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-111 |
| | § | |
| EL-ASMAR FOODS CO., INC. | § | |
| DEFENDANT | § | |

## ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On June 21, 1999, Plaintiff's Motion for Summary Judgment came on for consideration. Plaintiff and Defendant appeared through their respective attorneys and announced ready. The Court then proceeded to consider the Motion for Summary Judgment and the argument of counsel.

After considering same, the Court found that summary judgment should not be rendered upon the whole case, but further ascertained, pursuant to Rule 56(d) that the following material facts exist without substantial controversy:

a. That Plaintiff has sold to Defendant goods, wares and merchandise in the amount of $109,624.79, and that Defendant has not paid for said goods, wares and merchandise;

b. That Plaintiff is the owner and holder of dishonored checks drawn by Defendant in the amount of $54,657.81, which have not been honored by Defendant or the drawee banks;

c. That Plaintiff delivered merchandise to Defendant on consignment, for which Defendant has not accounted, but which Defendant claims to have destroyed.

-1-

It is therefore ORDERED that upon the trial of the case, the above and foregoing facts will be taken as established without need of further proof, and the case will proceed accordingly.

SIGNED this 28 day of ~~July~~ September, 1999.

_____
Judge Presiding

AGREED AS TO FORM ONLY:

| LAW OFFICE OF ANDREW K. ROZELL | GRIFFITH, SAENZ & HILL, L.L.P. |
|---|---|
| By: _____<br>Andrew K. Rozell<br>State Bar No. 17358000<br>Southern District I.D. No. 1220<br>Attorney for Plaintiff | By: _____<br>Susan R. Sullivan<br>State Bar No. 11546700<br>Southern District No. 13144<br>Attorney for Defendant |