40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIPASA USA, INC., | § § § | |
| Plaintiff(s), | § § | |
| v. | § | CIVIL ACTION NO. B-98-111 |
| EL-ASMAR FOODS CO., INC., | § § § | |
| Defendant(s). | § | |

## ORDER

BE IT REMEMBERED that on October 20, 1999, the Court considered Defendant EL-ASMAR FOODS CO., INC.'S motion for continuance or in the alternative, motion to withdraw (Dkt. No. 37). Defendant's motion is DENIED.

DONE at Brownsville, Texas, this __20__ day of October 1999.

Hilda G. Tagle
United States District Judge