42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DiPASA USA, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-111 |
| | § | |
| EL-ASMAR FOODS CO., INC., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

BE IT REMEMBERED that on October 21, 1999, the Court held a bench trial on the merits in civil action B-98-111. Plaintiff appeared through its attorney of record and an authorized representative. Defendant appeared through its attorney of record. At the conclusion of the trial, the Court made findings of fact and conclusions of law based on the evidence and argument of counsel. Therefore, the Court ORDERS that Plaintiff DiPASA USA, INC. recover a JUDGMENT against Defendant EL-ASMAR FOODS CO., INC. in the following amounts.

1. For the amount of one hundred nine thousand, six hundred twenty four dollars and seventy-nine cents ($109,624.79).
2. For the amount of nine thousand one hundred dollars and thirty-five cents ($9,100.35).
3. For the amount of twenty-four thousand four hundred eighty dollars ($24,4800), representing the value of goods delivered to Defendant on consignment.
4. For the amount of five thousand dollars ($5,000), representing reasonable attorney's fees.
5. For all costs of Court.

The Court also ORDERS that the entire amount of the judgment (the sum of 1 through 5 above) bear interest at the rate of 5.411% per annum, in accordance with 28 U.S.C. §1961 and 40 U.S.C. § 258 (e)(1).

FURTHERMORE, the Court ORDERS that Defendant take nothing on its counterclaim against Plaintiff.

DONE at Brownsville, Texas, this ___10___ day of November 1999.

Hilda G. Tagle
United States District Judge